THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICK FERME, Appellant.

(Argued November 19, 1936; decided December 4, 1936.)

*Edgar T. Beamish, William Wills* and *Raymond F. Klaess* for appellant.

*Martin W. Littleton, Jr.,* District Attorney (*Philip Huntington* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.